UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT TORRE,

        Plaintiff(s),                      No. C 13-1761 PJH

   v.                                    **ORDER OF DISMISSAL**

CIGNA GROUP INS.,

        Defendant(s).

_____/

      Plaintiff having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service on the opposing party(ies)thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time during this sixty-day period.

      IT IS SO ORDERED.

Dated:  January 2, 2014

                                                         _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge